# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 5, 2009

138923

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re BLAKE SAMUEL COLLINS, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
       Petitioner-Appellee,

v

MICHAEL FORREST FLETCHER,
       Respondent-Appellant,

and

CRYSTAL JEWELL COLLINS and DEPLURI
HARRIS,
       Respondents.

_____/

SC: 138923
COA: 288253
Wayne CC Family Division:
08-479017-NA

      On order of the Court, the application for leave to appeal the April 23, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 5, 2009

_____
Clerk

s0602